UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELA LUNSFORD,

        Petitioner,

  vs.

TINA HORNBEAK, Warden,

        Respondent.
_____/

No. C 08-5038 PJH (PR)

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE**

This pro se habeas action was filed on November 4, 2008. On that same day the court notified petitioner that her application for leave to proceed in forma pauperis was defective because she had not completed page five of the application, the "Certificate of Funds in Inmate Account." She was informed that if she did not either pay the fee or correct the deficiency in the application within thirty days the case would be dismissed. No response has been received.

Plaintiff's application (document number 2 on the docket) is **DENIED** because it is incomplete. The case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 16, 2008.

                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

G:\PRO-SE\PJH\HC.08\LUNSFORD5038.DSM-ifp.wpd