UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLA LUNSFORD,

        Petitioner,

vs.

TINA HORNBEAK, Warden,

        Respondent.

No. C 08-5038 PJH (PR)

**ORDER DENYING MOTION TO APPOINT COUNSEL**

    This habeas case filed pro se by a state prisoner was denied on the merits and petitioner has filed an appeal and has moved for the appointment of counsel.

    The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person. The interests of justice do not require appointment of counsel, but petitioner may file a motion to appoint counsel in the Ninth Circuit.

## CONCLUSION

    1. The motion to appoint counsel (Docket No. 34) is **DENIED**.

    2. The motion for an extension (Docket No. 36) is **GRANTED** and the motion to proceed in forma pauperis (Docket No. 37) is deemed timely filed and is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 27, 2014.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\Lunsford5038.ord2.wpd