UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLA LUNSFORD,

    Petitioner,

vs.

TINA HORNBEAK, Warden,

    Respondent.

No. C 08-5038 PJH (PR)

**ORDER VACATING JUDGMENT AND RE-ENTERING JUDGMENT**

    This habeas case filed pro se by a state prisoner was denied on the merits and judgment was entered on August 26, 2014. Mail sent to petitioner was returned as undeliverable and the order and judgment were resent to petitioner on September 23, 2014. However, it does not appear that petitioner received notice of the entry of judgment within twenty-one days after entry. *See* Fed. R. App. P. 4(a)(6)(A). Petitioner filed a notice of appeal to the Ninth Circuit on October 3, 2014, that was dated on September 30, 2014, however she did not mention the failure to receive the notice of judgment in a timely manner.

    On December 2, 2014, the Ninth Circuit remanded the case for the limited purpose of addressing the timeliness issue. Therefore, the judgment entered on August 26, 2014, is vacated and is re-entered on this date. Petitioner is cautioned that she must file a new notice of appeal from this re-entered judgment.[1]

**CONCLUSION**

1. The judgement entered on August 26, 2014, is **VACATED**.

---

[1] While petitioner has not updated her address in this case, it appears she is now at a new facility and mail will be sent to her address as it appears in the Ninth Circuit case.

2. Judgement is re-entered on this date as discussed above.

3. Petitioner is cautioned that she must file a new notice of appeal from this re-entered judgment to appeal the denial of her habeas petition.

4. The Clerk shall send this order and the accompanying judgment to Marcella Lunsford, X19815, Central California Women's Facility, P.O. Box 1508, Chowchilla, CA 93610-1508, and update the address of record.

5. The Clerk shall forward a copy of this order to the Ninth Circuit in Case No. 14-16938.

**IT IS SO ORDERED.**

Dated: December 3, 2014.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\Lunsford5038.remand.wpd